In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00089-CR


____________________



RODRICK FRANCIS HARTFIELD, Appellant



V.


 

THE STATE OF TEXAS, Appellee


 




On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 08-03945





 

MEMORANDUM OPINION



 Pursuant to a plea bargain agreement, appellant Rodrick Francis Hartfield pled guilty
to burglary of a building. The trial court found the evidence sufficient to find Hartfield
guilty, but deferred further proceedings and placed Hartfield on community supervision for
five years. The State subsequently filed a motion to revoke Hartfield's unadjudicated
community supervision. Hartfield pled "true" to one violation of the conditions of his
community supervision. The trial court found that Hartfield violated the conditions of his
community supervision, found Hartfield guilty of burglary of a building, and assessed
punishment at two years of confinement in a state jail facility.

 Hartfield's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On October 1, 2009, we granted an extension of time for appellant to file a pro
se brief. We received no response from appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 _______________________________

 STEVE McKEITHEN

 Chief Justice


Submitted on February 9, 2010

Opinion Delivered February 24, 2010

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.